IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COVIS PHARMA GMBH, AMAG PHARMA USA, INC., and AMAG PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALTIES LTD., AUROBINDO PHARMA LTD. AND AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 1:21-00003-CFC |

**STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION**

The parties hereby stipulate and agree, subject to the approval of the Court, the following order regarding claim construction:

1. The parties identify a single phrase for construction, shown in the table below, and identify no other terms or phrases of the asserted claims that require construction by the Court.

| Claim Term | Proposed Construction |
|---|---|
| "A method of reducing the risk of preterm birth in a pregnant human patient" | Preamble is limiting. Plain and ordinary meaning. |

2. As set forth in the table above, the preamble of the asserted claims of the '558 patent and the '075 patent is limiting and is given its plain and ordinary meaning to a person of ordinary skill in the art, without further construction by the Court.

3. All remaining claim construction deadlines from the Scheduling Order (D.I. 25) are hereby vacated.

Dated: October 27, 2021

| | |
|---|---|
| /s/   Geoffrey G. Grivner | /s/ Cortlan S. Hitch |
| Geoffrey G. Grivner (#4711) | Kenneth L. Dorsney (#3726) |
| BUCHANAN INGERSOLL & ROONEY PC | Cortlan S. Hitch (#6720) |
| 500 Delaware Avenue, Ste. 720 | MORRIS JAMES LLP |
| Wilmington, Delaware 19801 | 500 Delaware Ave., Ste. 1500 |
| (302) 552-4207 | Wilmington, DE 19801 |
| geoffrey.grivner@bipc.com | (302) 888-6800 |
| | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |
| *Attorneys for Plaintiffs* | |
| *Covis Pharma GMBH,* | *Attorneys for Defendants* |
| *AMAG Pharma USA, Inc. and* | *Aurobindo Pharma LTD.,* |
| *AMAG Pharmaceuticals, Inc.* | *Aurobindo Pharma USA, Inc. and* |
| | *Eugia Pharma Specialties Ltd.* |

**SO ORDERED** this 29th day of October, 2021.

_____
The Honorable Colm F. Connolly