# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COVIS PHARMA GMBH, AMAG PHARMA USA, INC., and AMAG PHARMACEUTICALS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> EUGIA PHARMA SPECIALTIES LTD., AUROBINDO PHARMA LTD. AND AUROBINDO PHARMA USA, INC., <br><br> Defendants. | C.A. No. 1:21-00003-CFC |

## PLAINTIFFS' MOTION TO STAY THE LITIGATION AND TOLL THE 30-MONTH STAY

Plaintiffs Covis Pharma GmbH, AMAG Pharma USA, Inc., and AMAG Pharmaceuticals, Inc. ("Plaintiffs"), by and through their undersigned counsel, hereby move to (i) stay this action until Defendants either withdraw ANDA 215275 or obtain tentative approval of an amended ANDA and (ii) toll the balance of the thirty-month period provided for in 21 U.S.C. § 355(j)(5)(B)(iii) during the pendency of the Court's stay. The reason for and authorities supporting this Motion are more fully set forth in Plaintiffs' Memorandum in Support for this Motion, filed herewith and incorporated herein by reference.

Dated: <u>November 30, 2021</u>  Respectfully Submitted,

By: <u>/s/ Geoffrey G. Grivner</u>
Geoffrey G. Grivner (#4711)

BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Ste. 720
Wilmington, Delaware 19801
Telephone: (302) 552-4207
Facsimile: (302) 552-4295
Email: geoffrey.grivner@bipc.com

Matthew L Fedowitz
BUCHANAN INGERSOLL & ROONEY PC
1700 K St. N.W., Suite 300
Washington, DC 20006-3807
Tel.: (202) 452-7306
Email: matthew.fedowitz@bipc.com

S. Lloyd Smith
Andrew Cheslock
Grant Shackelford
BUCHANAN INGERSOLL & ROONEY PC
1737 King Street, Suite 500
Alexandria, Virginia 22314
Tel.: (703) 836-6620
Fax: (703) 836-2021
Email: lloyd.smith@bipc.com
andrew.cheslock@bipc.com
grant.shackelford@bipc.com

*Attorneys for Plaintiffs*

*Covis Pharma GmbH, AMAG Pharma USA, Inc., and AMAG Pharmaceuticals, Inc*