

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

500 Delaware Avenue, Suite 720
Wilmington, DE  19801-7407
T 302 552 4200
F 302 552 4295

December 22, 2021

**VIA CM/ECF**

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE  19801-3555

    Re:  **Covis Pharma GmbH, et al. v. Eugia Pharma Specialties Ltd., et al.
Case No. 1:21-cv-00003-CFC**

Dear Chief Judge Connolly:

    On behalf of all parties in the above-referenced matter, I write in response to Your Honor's December 16, 2021 Oral Order. The parties have conferred and do not consent for this action to be referred to a Magistrate Judge.

    Should Your Honor have any question, counsel remain available at the convenience of the Court.

    Respectfully submitted,

    */s/ Geoffrey G. Grivner*

    Geoffrey G. Grivner (#4711)

GGG/