April 15, 2021

**VIA CM/ECF**

Magistrate Judge Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17
Room 3124
Wilmington, DE 19801-3555

      Re:    **Covis Pharma GmbH et al v. Eugia Pharma Specialties Ltd. et al**
             **Case No.: 1-21-cv-00003**

Dear Judge Hall:

      Pursuant to Your Honor's April 14, 2022 Order (D.I. 136), the parties understand that there is no need for a status update at this time, as previously required by Your Honor's March 17, 2022 Order (D.I. 120). The Parties look forward to providing a joint status report on or before the earliest of (a) 120 days from the April 14, 2022 Order; (b) 14 days from the date the FDA takes any action upon the Proposal to Withdraw Marketing Approval of Plaintiffs' NDA; or (c) 14 days from the date the FDA takes any action on Defendants' ANDA or Defendants withdraw their ANDA. Additionally, in accordance with Your Honor's Order, Plaintiffs look forward to receiving from Defendants all correspondence between Defendants and the FDA concerning Defendants' ANDA within 14 days of sending or receiving such correspondence.

      Respectfully submitted,

      */s/ Geoffrey G. Grivner*
      Geoffrey G. Grivner (#4711)

      *Counsel for Plaintiffs*

      */s/ R. Touhey Myer*
      R Touhey Myer (#5939)

      *Counsel for Defendants*

cc: All Counsel of Record (via CM/ECF)