IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| COVIS PHARMA GMBH, AMAG PHARMA USA, INC., and AMAG PHARMAACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>EUGIA PHARMA SPECIALTIES LTD., AUROBINDO PHARMA, LTD., AUROBINDO PHARMA U.S.A., INC., and AUROBINDO PHARMA LLC<br><br>Defendant. | Civil Action No. 21-003 (KAJ) |

**ORDER**

WHEREAS, the above-captioned case was stayed on April 14, 2022, pending further proceedings before the Food and Drug Administration (the "FDA") (D.I. 136);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the proceedings before the FDA have been resolved so that this case may be reopened and other appropriate action may be taken.

Kent A. Jordan, Circuit Judge
Sitting by Designation

DATED: December 13, 2022
Wilmington, Delaware